UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

✓ FILED

MAR 2 8 2000

NANCY MAYER-WHITTINGTON, CLERK
U S DISTRICT COURT

| | |
|---|---|
| **NED CHARTERING & TRADING, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**REPUBLIC OF PAKISTAN, et al.,** )<br>)<br>**Defendants.** ) | Civ. No. 95-0991 (TFH/DAR) |

## ORDER

On March 3, 2000, the Magistrate Judge submitted a Report and Recommendation recommending that this Court deny the following motions:

1. Defendants' Motion to Vacate Default Judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure [23-1];

2. Defendants' Motion for Immediate Order to Deposit Garnished Funds into Registry of the Court [23-2]; and

3. Defendants' Motion to Modify the Amount of Default Judgment [23-3].

Pursuant to Local Rule 57.19(b), Defendants have filed written objections to the Magistrate's proposed findings and recommendations. Defendants object to the Magistrate's findings on the following bases:

(1) the Magistrate misapplied § 1608(e) of the Foreign Sovereign Immunity Act ("FSIA"), which sets forth the standard for service of default judgments against a "foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state," 28 U.S.C. § 1608(e);

(2) the Magistrate improperly rejected defendants' argument that the default judgment



AO 72A
(Rev 8/82)

would afford plaintiff a "double recovery;"

(3) the Magistrate improperly rejected defendants' argument that the default judgment should be vacated because defendants had been the victim of a fraudulent misrepresentation by Horsebridge Enterprises, Ltd;

(4) the Magistrate misapplied District of Columbia law regarding the appropriate statute of limitations applicable to this action;

(5) the Magistrate misinterpreted the sovereign immunity provisions of the FSIA, 28 U.S.C. § 1605(a)(2) and (5)(b); and

(6) the Magistrate incorrectly recommended the award of pre-judgment interest and attorney's fees.

Defendants' objections to the Magistrate's Report and Recommendation are a restatement of their original arguments in support of their motion to vacate or modify the default judgment. In her Report and Recommendation, the Magistrate carefully considered each of these arguments, and rejected them in light of the facts and the relevant legal principles. Upon close review of the Report, the Court is in agreement with the Magistrate's analysis. Thus, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. Defendants' motions are therefore **DENIED**. This is a final appealable Order.

**SO ORDERED.**

March 27th, 2000

_____
Thomas F. Hogan
United States District Judge

2