UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NED CHARTERING & TRADING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 95-0991 (TFH/DAR) |
| ) | |
| REPUBLIC OF PAKISTAN, et al., ) | |
| ) | |
| Defendants. ) | |

**FILED**

FEB 0 2 2001

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

**FINAL JUDGMENT**

On May 17, 2000, the Magistrate Judge submitted a Report and Recommendation, recommending that this Court grant the Plaintiff's Motion for Attorneys Fees and Costs [#42] and award attorneys' fees and costs in the amount of $16,315.18. Upon careful review of the Report, the defendants' objections and the plaintiff's reply thereto, and the entire record herein, the Court agrees with the Magistrate's analysis and accompanying recommendation. Thus, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. Accordingly, it is hereby further

**ORDERED** that the plaintiff's Motion for Attorneys Fees and Costs [#42] is **GRANTED**. This order constitutes final judgment, and the defendants shall pay attorneys' fees and costs to the plaintiff in the amount of $16,315.18.

**SO ORDERED**.

February __/__, 2001

_____
Thomas F. Hogan
United States District Judge