UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NED CHARTERING & TRADING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civ. No. 95-0991 (TFH/DAR) |
| ) | |
| REPUBLIC OF PAKISTAN, et al., ) | FILED |
| ) | |
| Defendants. ) | NOV 0 7 2001 |

**ORDER Re: Clarification**

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

The Court of Appeals has remanded this matter for a clarification of this Court's February 2, 2001 order, which adopted the Magistrate Judge's May 17, 2000 Report and Recommendation. In that Report and Recommendation, the Magistrate stated that "[t]aking into account defendants' history of failing to timely defend this action, and the requirements of Local Civil Rule 7.1(b), the undersigned concludes that plaintiff's [Motion for Attorneys Fees and Costs] should be treated as conceded." After carefully reviewing the Report and Recommendation, the defendants' objections and the plaintiff's reply thereto, and the entire record, the Court adopted the Magistrate's recommendation and granted the plaintiff's motion, awarding $16,315.18 in attorneys' fees and costs. In accordance with the Court of Appeals's remand, it is accordingly

**ORDERED** that this Court's February 2, 2001 Final Judgment order is clarified in that the Court adopted the Magistrate Judge's recommendation that the plaintiff's motion be treated as conceded.

**SO ORDERED.**

November 7/14, 2001

Thomas F. Hogan
Chief Judge